IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ted Randall,<br><br>          Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>          Defendant. | No. CV 05-3318-PHX-MHM (BPV)<br><br>**ORDER** |

Plaintiff, Ted Randall, filed his pro se Civil Rights Complaint on October 20, 2005. (Dkt.#1). The same day the Court issued its "Notice of Assignment" advising Plaintiff that he "must file a Notice of Change of Address if your address changes" and that failure to comply "will result in your document being STRUCK and/or your case being DISMISSED." (Dkt.#2). On April 4, 2006 the Court issued a screen order advising Plaintiff that "at all times during the pendency of this action, Plaintiff shall immediately advise the Court and the United States Marshal of any change of address and its effective date." (Dkt.#3). On April 11, 2006 Plaintiff's copies of the April 4, 2006 orders were returned by the post-office with the notation of "Released." (Dkt.#5).

The Magistrate Judge filed his Report and Recommendation on June 5, 2006 recommending that Plaintiff's case be dismissed without prejudice for failure to comply with the Court's Order and failure to prosecute pursuant to Rule 41(b) Fed.R.Civ.P. (Dkt.#6). The Court notes that Plaintiff's copy of the Magistrate Judge's Report and Recommendation was

1  returned by the post-office with the notation of "Released."   In addition, Plaintiff has not
2  filed any objections. The Court finds itself in agreement with the Report and
3  Recommendation of the Magistrate Judge.
4      **Accordingly,**
5      **IT IS HEREBY ORDERED** adopting the Report and Recommendation of the
6  Magistrate Judge  as the order of this Court. (Dkt.#6).
7      **IT IS FURTHER ORDERED** dismissing this case for Plaintiff's failure to comply
8  with the Court's order and failure to prosecute pursuant to Rule 41(b), Fed.R.Civ.P.
9      **IT IS FURTHER ORDERED** directing the clerk of the Court to enter judgment
10 accordingly.
11     DATED this 2nd day of August, 2006.

_____
Mary H. Murgula
United States District Judge